443 A.2d 395

Commonwealth v. Tulanowski, Appellant.

Submitted September 11, 1980. Patrick J. Flannery, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

443 A.2d 396

Commonwealth v. Vukovich, Appellant.

Argued May 20, 1981. Raymond Bogaty, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

Judgments of sentence, as modified, affirmed.